**COMMISSIONER OF INTERNAL REVENUE v. FIRST NATIONAL BANK and Robert R. Ellis, Jr., Executors, Estate of R. R. Ellis.**

No. 7770.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

James W. Morris and Morrison Shafroth, both of Washington, D. C., for petitioner.

F. E. Hagler, of Memphis, Tenn., for respondents.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

It appearing to the court that an agreed motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the Board of Tax Appeals as provided by rule 18; on consideration whereof, it is ordered that the appeal be and same is docketed and dismissed, the costs to be charged against the Government as constructive earnings.